**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAVID KACZMAREK,<br><br>   Plaintiff,<br><br>        v.<br><br>COUNTY OF LACKAWANNA TRANSIT SYSTEM, and LINDA MATYLEWICZ, in her individual capacity,<br><br>   Defendants. | CIVIL ACTION NO. 3:17-CV-00950<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 16th day of November, 2017, **IT IS HEREBY ORDERED** that:

(1) Defendants' Motion to Dismiss (Doc. 7) Plaintiff David Kaczmarek's Complaint (Doc. 1) is **DENIED**.

(2) Defendants shall file an Answer to Plaintiff's Complaint **within twenty-one (21) days** from the date of entry of this Order.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge